**Gregory W. O'NEAL, Petitioner–Appellant,**

v.

**Warden MCDONALD, Respondent–Appellee.**

**No. 09–35706.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 12, 2010.

Filed July 15, 2010.

Laura Mate, Assistant Federal Public Defender, Federal Public Defender's Office, Seattle, WA, for Petitioner–Appellant.

Alex Kostin, Assistant Attorney General, Attorney General's Office, Olympia, WA, for Respondent–Appellee.

Before: RYMER and N.R. SMITH, Circuit Judges, and WALTER, Senior District Judge.*

MEMORANDUM **

Gregory O'Neal appeals the district court's denial of his habeas petition, arguing that there was insufficient evidence to support the jury's finding that O'Neal was "armed" at the time of several underlying drug manufacturing crimes, for which he was convicted.

* The Honorable Donald E. Walter, Senior United States District Judge for the Western District of Louisiana, sitting by designation.

As an initial matter, we grant O'Neal's and Appellee's Requests for Judicial Notice.

Without deciding whether O'Neal properly exhausted his federal claim in state court, we deny O'Neal's petition on the merits.

Under Washington law, "[a] defendant is 'armed' when he or she is within proximity of an easily and readily available deadly weapon for offensive or defensive purposes and when a nexus is established between the defendant, the weapon, and the crime." *State v. O'Neal,* 159 Wash.2d 500, 150 P.3d 1121, 1123 (2007) (internal quotations and citation omitted). There was sufficient evidence to support a finding that O'Neal was "armed" under Washington law at the time of his underlying offenses. The jury was presented with evidence that loaded firearms were kept in readily accessible spots during the time that O'Neal was engaged in the drug manufacturing operations.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.